## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

Date: February 13, 2026

| | | |
|---|---|---|
| JOHANNA AMESTY-ARRIETA, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No. CIV-26-00211-JD |
| | ) | |
| WARDEN DIAMONDBACK | ) | |
| CORRECTIONAL FACILITY, ET AL., | ) | |
| | ) | |
| Respondents. | ) | |

**ENTER ORDER:**

The undersigned district judge's husband is on military orders and detailed as a temporary immigration judge, outside of this judicial district, outside the Tenth Circuit, and outside the State of Oklahoma, for an anticipated six-month period (anticipated until the end of March 2026). Judge Dishman has reviewed the above-captioned matter and does not see a conflict or view her husband's military orders and temporary detail as a reason to recuse in this matter. However, she makes this disclosure and is giving the parties an opportunity to request her recusal and for a reassignment to another district judge.

For Petitioner to request Judge Dishman's recusal and reassignment to another district judge using the process and deadlines in this order, Petitioner must, within 14 days, or by **February 27, 2026**, contact the Clerk of Court, Joan Kane, by either telephone at 405-609-5050 or e-mail at Joan_Kane@okwd.uscourts.gov, or Petitioner can file a motion or notice with the Court, postmarked by **February 27, 2026**, that Petitioner requests recusal and reassignment to another district judge.

If and once Respondents appear in this action, Respondents have 7 days from the date of Respondents' first docket entry in this matter, whether that be an answer, response, motion, entry of appearance, or any other filing on behalf of Respondents, to contact the Clerk of Court by telephone or email, for their deadline to request recusal and reassignment.

Should either party request additional information regarding this disclosure or order or should either party request a conference with the undersigned judge regarding this disclosure or order, they must promptly contact the undersigned district judge's

chambers at 405-609-5520 before the deadlines listed above. Should either party request an extension of their deadline imposed by this order, the party shall file the motion to extend in advance of the party's deadline.

This action remains referred to United States Magistrate Judge Chris M. Stephens, per the prior referral order, and all deadlines and requirements continue to apply, including Judge Stephens's order. *See* [Doc. Nos. 5, 6].

ENTERED AT THE DIRECTION OF THE HONORABLE JODI W. DISHMAN.

JOAN KANE, CLERK

By:   /s/ Carol Ditta
                Deputy Clerk

2