## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

JOHANNA AMESTY-ARRIETA,       )
                                        )

          Petitioner,          )
                                        )

v.                                  )      Case No. CIV-26-00211-JD
                                        )

WARDEN, DIAMONDBACK        )
CORRECTIONAL FACILITY, et al.    )
                                        )

         Respondents.        )

## <u>JUDGMENT</u>

Pursuant to the Court's Order filed today, the Court dismisses without prejudice

Petitioner's Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 [Doc. No. 1].

Entered this 9th day of April 2026.